UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                    CASE NO.:    09-00176-8-JRL

HERMON L. BUNCH, JR.                                 CHAPTER 7

DEBTOR(S)

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

    Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they entitled to be paid from the remaining property of the estate shall be filed with the clerk.

SEE ATTACHED EXHIBIT

Dated: March 22, 2010

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252)937-2200

Attachment:  2 Check(s)

cc: Bankruptcy Administrator (w/copy of check)

Date: 03/22/10                              Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-00176-8-JRL - Bunch Jr., Hermon L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | 000009 | 350.18 | 3.25 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000016 | 445.95 | 4.14 |
| ---------- Remittance Total --------------- | | 796.13 | 7.39 |

JOSEPH N. CALLAWAY, Trustee